# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| CATHY D. CASEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 05-1043-T/An |
| | ) | |
| J. R. WAUFORD & COMPANY CONSULTING ENGINEERS, INC., a Tennessee Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

The plaintiff, Cathy D. Casey, filed this action on February 17, 2005 against J. R. Wauford & Company Consulting Engineers, Inc. Process was issued by the Clerk of Court on that date. Pursuant to Federal Rule of Civil Procedure 4(m), service of process ordinarily must be made on the defendant within 120 days after the complaint is filed:

> **Time Limit for Service.** If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . .

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/29/05

As of the date of this order, the record contains no proof that plaintiff has obtained service on the defendant. Therefore, plaintiff is hereby ORDERED to show cause within 15 days after the entry of this order why this case should not be dismissed under Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

28 July 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 1:05-CV-01043 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT